# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00070-CV

### In re Dan Debin and Jackie Debin

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## MEMORANDUM OPINION

Relators Dan Debin and Jackie Debin filed an emergency motion for stay asking this Court to stay foreclosure proceedings on real property to which they contend they have legal title and that is the subject of an appeal in Cause Number 03-25-00066-CV before this Court. We construed the Debins' motion as a petition for writ of injunction and, on February 3, 2025, issued an order prohibiting Respondent LCD Lending, LLC, from selling, conveying, leasing, encumbering, or otherwise disposing of any part or parcel of the real property identified in the pleadings in the trial court's Cause Number 23-0844-C395 to preserve the status quo while the Court considered whether a writ of injunction is necessary. Respondent has filed a response to Relators' petition.

Having considered the parties' filings, the applicable law, and the record, we determine that Relators are not entitled to the extraordinary relief they seek. We accordingly deny Relators' petition and dissolve our prior order of February 3, 2025, that effectively granted Relators' emergency motion for stay.

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Filed:   April 9, 2025